UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MIDWESTERN GAS TRANSMISSION COMPANY

Plaintiff

Civil Action No. 3 06 0263
Judge Trauger
JURY DEMAND

2.28 ACRES IN SUMNER COUNTY, TENNESSEE, FRED McKEE, JR. AND MARY McKEE

Defendants

## ANSWER

COME now FRED McKEE, JR. AND WIFE, MARY McKEE, owners of 2.28 acres in Sumner County, Tennessee, and for answer to the Complaint filed in this cause would respond as follows:

1. Admitted.

2. Admitted.

3. It is admitted that adequate compensation for the land and rights to be acquired exceeds $3,000.00.

4. Denied that Plaintiff has made bona fide efforts to participate in any meaningful negotiation both concerning location of the proposed easement or compensation therefor.

5. Defendants are without knowledge or information sufficient to form a belief as to the averment.

6. Admitted on information and belief.

7. Defendants are without knowledge or information sufficient to form a belief as to the averment.

8. This paragraph essentially sets forth a description of the planned construction and anticipated use of the proposed acquisition. As such it does not require a response other than Defendants' assertion that they are generally without knowledge or sufficient information to form a belief as to any averments made.

9. Admitted that FRED McKEE, JR. AND MARY McKEE, are the only parties having ownership interest in subject

**property.**

**10. Defendants are unaware of the extent to which Plaintiff has endeavored to inquire as to the ownership of the subject property.**

**11. Defendants are without knowledge or information sufficient to form a belief as to the averment.**

**12. Denied that Plaintiff made bona fide or meaningful attempts to acquire the property by agreement. See Response #4 above. It is denied that $12,825.00 tendered by Plaintiff is adequate compensation for the property and rights to be acquired, and Defendants would demand a jury trial on the issue of damages and just compensation.**

**HAVING NOW, THEREFORE, fully answered the Complaint filed against them, Defendants would pray for a 12-member jury trial in this cause to determine the proper amount of damages and just compensation due to Plaintiff's condemnation of Defendants' property.**

Respectfully submitted this the 26TH day of April, 2006.

HARSH, PARKS & HARSH
ATTORNEYS FOR DEFENDANTS,
FRED McKEE, JR. AND
MARY McKEE

BY: s/Nathan Harsh
NATHAN HARSH (#2380)

123 Public Square
Gallatin, TN 37066
615/452-4611
615/452-4372 (FAX)

CERTIFICATE OF SERVICE

I HEREBY certify that on April 24, 2006, I mailed a true and exact copy of the foregoing Answer to:

LELA M. HOLLABAUGH, ESQ.
WALLER LANSDEN DORTCH & DAVIS, LLP
511 UNION STREET, SUITE 2700
NASHVILLE, TN 37219

with sufficient first class postage affixed thereto to carry same to its destination, this the 26th day of April, 2006.

s/Nathan Harsh
NATHAN HARSH