**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

**MIDWESTERN GAS TRANSMISSION COMPANY**

**Plaintiff**

**Civil Action No. 3 06 0263**
**Judge Trauger**
**JURY DEMAND**

**2.28 ACRES IN SUMNER COUNTY, TENNESSEE, FRED McKEE, JR. AND MARY McKEE**

**Defendants**

**NOTICE OF JURY DEMAND**

**COME now the Defendants, FRED McKEE, JR. AND MARY McKEE in this cause through counsel of record in and pursuant to Rule 38 F.R.Civ.P. and would respectfully demand a twelve-member jury to try the issues between the parties, specifically same being the amount of damages and just compensation Defendants are entitled to occasioned by the taking of certain property and property rights by Plaintiff.**

**Respectfully submitted this the 26TH day of April, 2006.**



Case 3:06-cv-00263 Document 10 Filed 04/26/06 Page 1 of 2 PageID #: 114

**HARSH, PARKS & HARSH**
**ATTORNEYS FOR DEFENDANTS,**
**FRED McKEE, JR. AND**
**MARY McKEE**

**BY: s/Nathan Harsh**
**NATHAN HARSH (#2380)**

**123 Public Square**
**Gallatin, TN 37066**
**615/452-4611**
**615/452-4372 (FAX)**

**CERTIFICATE OF SERVICE**

**I HEREBY certify that on April 24, 2006, I mailed a true and exact copy of the foregoing Notice of Jury Demand to:**

**LELA M. HOLLABAUGH, ESQ.**
**WALLER LANSDEN DORTCH & DAVIS, LLP**
**511 UNION STREET, SUITE 2700**
**NASHVILLE, TN 37219**

**with sufficient first class postage affixed thereto to carry same to its destination, this the 26th day of April, 2006.**

**NATHAN HARSH**